# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOSZ <br><br> PLAINTIFF(S), <br><br> v. <br><br> RHEEM SALES COMPANY, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:22−cv−00316 <br><br><br> **NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Southern_  Division.

    This case has been reassigned to case number  _8:22−cv−00085−JLS−JDEx_  and has been assigned to  _Judge Josephine L. Staton_  for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge John D. Early_  for:

    X  any discovery and/or post-judgment matters that may be referred.

       for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _8:22−cv−00085−JLS−JDEx_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number  _2:22−cv−00316_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                  Clerk, U.S. District Court

                                                  By:  _/s/ Carmen Lujan_
                                                      _Carmen_Lujan@cacd.uscourts.gov_
                                                       Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

    G−73 (03/21)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT